# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

S.M., a minor, by and through her parents, C.M. and D.M., et al,

    Plaintiffs,

v

BLOOMFIELD HILLS SCHOOL DISTRICT, PATRICK WATSON and CHARLIE HOLLERITH, in their individual and official capacities,

    Defendants.

Case No: 2021-cv-12707
Hon. Mark A. Goldsmith
Mag. Kimberly G. Altman

---

**BENDURE & THOMAS, PLC**
By: MARK R. BENDURE (P23490)
Co-Counsel for Plaintiffs
15450 E. Jefferson Ave., Suite 110
Grosse Pointe Park, Michigan 48230
(313) 961-1525
bendurelaw@cs.com

---

## APPEARANCE

## NOTICE OF APPEARANCE

## CERTIFICATE OF SERVICE

## APPEARANCE

To:   **Clerk of the Court**
**United States District Court**
**Eastern District of Michigan**
**Southern Division**

**PLEASE ENTER** the Appearance of BENDURE & THOMAS, PLC by the undersigned, as Co-Counsel for Plaintiffs in the above-captioned matter.

Respectfully Submitted,

**BENDURE & THOMAS, PLC**

By: */s/ Mark R. Bendure*
MARK R. BENDURE (P23490)
Co-Counsel for Plaintiffs
15450 E. Jefferson, Suite 110
Grosse Pointe Park, MI 48230
(313) 961-1525
bendurelaw@cs.com

Dated: April 7, 2022

## NOTICE OF APPEARANCE

TO:  All Counsel

**PLEASE TAKE NOTICE** that we have this date entered our Appearance as Co-Counsel for Plaintiffs in the above-captioned matter.

Respectfully Submitted,

**BENDURE & THOMAS, PLC**

By: */s/ Mark R. Bendure*
MARK R. BENDURE (P23490)
Co-Counsel for Plaintiffs
15450 E. Jefferson, Suite 110
Grosse Pointe Park, MI 48230
(313) 961-1525
bendurelaw@cs.com

Dated: April 7, 2022

## **CERTIFICATE OF SERVICE**

**JEFFREY J. HYLAND**, hereby states that on the 7th day of April, 2022 he caused to be served APPEARANCE, NOTICE OF APPEARANCE and this CERTIFICATE OF SERVICE by filing same with the Clerk of the Court using the Court's ECF/CM system which will send notice to all registered counsel and interested persons.

Respectfully Submitted,

**BENDURE & THOMAS, PLC**

/s/ *Jeffrey J. Hyland*
Jeffrey J. Hyland
Legal Assistant to Mark R. Bendure
15450 E. Jefferson Avenue, Ste. 110
Grosse Pointe Park, MI 48230
(313) 961-1525

Dated: April 7, 2022