UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S.M., et al.,

    Plaintiffs,                            Case No. 21-12707

v.

                                         HON. MARK A. GOLDSMITH

BLOOMFIELD HILLS SCHOOL DISTRICT,
et al.,

    Defendants.
_____/

## ORDER STRIKING PLAINTIFFS' MOTION TO WITHDRAW (Dkt. 20) AND PLAINTIFFS' AMENDED MOTION TO WITHDRAW (Dkt. 21)

      The Court has reviewed the following documents: Plaintiffs' motion to withdraw (Dkt. 20) and Plaintiffs' amended motion to withdraw (Dkt. 21). The Court finds that they should be stricken for the following reasons: they do not contain a statement regarding concurrence, see LR 7.1(a), and they do not contain language certifying compliance with LR 5.1(a), as required by the Court's 12/1/21 Order (Dkt. 7).

      Accordingly, the Court strikes the documents. Plaintiffs shall file a corrected document that complies with all requirements on or before May 11, 2022.

      SO ORDERED.

Dated: May 10, 2022                          s/Mark A. Goldsmith
       Detroit, Michigan                   MARK A. GOLDSMITH
                                           United States District Judge