# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

S.M. a minor by and through her Parents,
C.M. and D.M. and C.M. and D.M. individually,
K.A., a minor by and through her parent, N.A.,
and N.A. individually, M.S., a minor by and
through her parent S.C., and S.C., individually,
K.F., a minor, by and through her parent, C.F.,
and C.F. individually, C.S. a minor by and through
her parent, S.S. and S.S. individually, D.A., a
minor by and through her parent. E.A., and E.A.
Individually, R.H. a minor by and through his
Parent J.H. and J.H. individually,

      Plaintiffs,

vs.                                                              Case No. 21-cv-12707

BLOOMFIELD HILLS SCHOOL DISTRICT,      Hon. Mark A. Goldsmith
PATRICK WATSON and CHARLIE                    Mag. Judge Kimberly G. Altman
HOLLERITH, in his individual and
official capacities,

      Defendants.
_____/

## STIPULATED ORDER FOR DISMISSAL

The above matter having come before this Honorable Court, the parties having stipulated thereto and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned matter be, and the same is hereby dismissed and discontinued with prejudice and without costs as to the parties hereto.

This is a final order resolves all pending claims.

SO ORDERED.

Dated: May 5, 2023  
       Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

Notice and hearing on entry of the above Order is waived.

/s/Leonard Mungo with consent  
  LEONARD MUNGO  P43562  
  Mungo & Mungo at Law, PLLC  
  Attorneys for Plaintiff  
  (248) 792-7557  
  caseaction@mungoatlaw.com

/s/Michael D. Weaver  
MICHAEL D. WEAVER  P43985  
Plunkett Cooney  
Attorneys for Defendants  
mweaver@plunkettcooney.com

Open.13194.15674.30653553-1